***EFILED***
Case Number 2020L 001161
Date: 8/13/2020 4:37 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

KENNETH RUCKMAN,                    )
                                    )
             Plaintiff,             )
                                    )
vs.                                 )      No.   -L-       2020L 001161
                                    )
PROTECTIVE INSURANCE COMPANY,       )
                                    )
Serve:                              )
Director of the Illinois            )
Department of Insurance             )
320 W. Washington St                )
Springfield, IL 62767               )
                                    )
             Defendant.             )

## COMPLAINT

## COUNT I

Comes now the Plaintiff, Kenneth Ruckman, by and through his attorneys, Becker, Schroader & Chapman, P.C., for Count I of his cause of action against the Defendant, Protective Insurance Company, states as follows:

1) Defendant is an automobile insurance carrier doing business in the State of Illinois.

2) On or about June 12, 2018, Plaintiff, was operating a delivery truck, which was insured by the Defendant, policy number IL000056.

3) On said date, the aforesaid policy provided uninsured motorist benefits of $1,000,000 per person/per occurrence. (The insurance policy and declarations page are attached hereto as Exhibits "A" and "B")

4) At the aforesaid time, the Plaintiff had fulfilled all conditions precedent to the insurance contract and was an "insured" driver under the policy.

EXHIBIT 1

5)     On or about June 12, 2018, at approximately 4:00 p.m., while driving on Highway 111 in Pontoon Beach, Illinois, Plaintiff was injured and sustained damages when he was involved in a motor vehicle accident with an uninsured motor vehicle operator.

6)     As a result of the aforesaid accident, he sustained injuries to his neck.

7)     Plaintiff, through his counsel, demanded arbitration of the uninsured motorist coverage claim.

8)     The Illinois Insurance Code, 215 ILCS 5/143a, dictates that all uninsured motorist policy disputes over damages be submitted to arbitration.

9)     Defendant has breached its contract of insurance by refusing to agree to Arbitration and by failing to name an Arbitrator.

10)     Due to Defendant's breach of contract, Plaintiff has been injured, in that he has been deprived of a statutory right to arbitration.

11)     Due to Defendant's breach of contract, Plaintiff has been injured, in that he has been deprived of sums that he would otherwise have been entitled to pursuant to the policy.

WHEREFORE, Plaintiff, Kenneth Ruckman, prays the Court enter an order requiring Defendant to participate in mandatory arbitration, and to pay the attorney's fee and costs Plaintiff incurred securing this order.

## COUNT II

1)     Defendant is an automobile insurance carrier doing business in the State of Illinois.

2)     On or about June 12, 2018, Plaintiff, was operating a delivery truck, which was insured by the Defendant, policy number IL000056.

3)   On said date, the aforesaid policy provided uninsured motorist benefits of $1,000,000 per person/per occurrence. (The insurance policy and declarations page are attached hereto as Exhibits "A" and "B")

4)   At the aforesaid time, the Plaintiff had fulfilled all conditions precedent to the insurance contract and was an "insured" driver under the policy.

5)   On or about June 12, 2018, at approximately 4:00 p.m., while driving on Highway 111 in Pontoon Beach, Illinois, Plaintiff was injured and sustained damages when he was involved in a motor vehicle accident with an uninsured motor vehicle operator.

6)   As a result of the aforesaid accident, he sustained injuries to his neck.

7)   Plaintiff, through his counsel, demanded arbitration of the uninsured motorist coverage claim.

8)   The Illinois Insurance Code, 215 ILCS 5/143a, dictates that all uninsured motorist policy disputes over damages be submitted to arbitration.

9)   Defendant has breached its contract of insurance by refusing to agree to Arbitration and by failing to name an Arbitrator.

10)  Due to Defendant's breach of contract, Plaintiff has been injured, in that he has been deprived of a statutory right to arbitration.

11)  Plaintiff, through his counsel, attempted settlement after submitting all relevant medical documentation and medical bills.

12)  In response to Plaintiff's settlement demand, Defendant offered less than the amount of the medical bills, and clearly indicated they would not offer an amount equal to the medical bills. These actions show Defendant is not acting in good faith and is vexatious in their refusal to pay Plaintiff faith damages.

13)    Due to Defendant's breach of contract, Plaintiff has been injured, in that he has been

deprived of sums that he would otherwise have been entitled to pursuant to the policy.

WHEREFORE, the Plaintiff, Kenneth Ruckman, prays the Court enter judgment against

the Defendant in a sum in excess of $50,000.00, plus costs of suit. In addition, the Plaintiff prays

the Court award damages pursuant to 215 ILCS 5/155 in the amount of $60,000.00 or 60% of the

amount the Court finds Plaintiff is entitled to because of Defendant's vexatious refusal to pay.

BECKER, SCHROADER & CHAPMAN, P.C.

/s/ Nathan A. Becker
NATHAN A. BECKER #6299069
3673 Highway 111
P. O. Box 488
Granite City, IL 62040
nab@beckerinjurylaw.com
(618) 931-1100
(618) 931-1671 telefax



**PROTECTIVE**
I N S U R A N C E

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

| | | |
|---|---|---|
| Policy Number: | IL000056 | Page: 1 |
| Date: | March 24, 2018 | RENEWAL |
| | | END102N |

| Primary Additional Insured - V0010228 | Insurance Broker |
|---|---|
| MW TRUCKING, INC.<br>16455 HAMPDEN PLACE<br>FLORISSANT MO 63034 | Marsh<br>12421 Meredith Drive<br>Urbandale IA 50398<br>1-866-814-7515<br>www.IndependentPrograms.com |

| Additional Insured | Named Insured |
|---|---|
| MW Trucking, Inc.<br>16455 HAMPDEN PLACE<br>FLORISSANT MO 63034 | Certain Independent Service Providers Under<br>Agreement with FedEx Ground Package System, Inc.<br>1000 FedEx Dr<br>Moon Township PA 15108 |

This endorsement replaces and supersedes all prior endorsements to this policy for the above listed Additional Insured(s) added to the Policy of the Named Insured as captioned above. This endorsement extends the coverage of the policy to the Additional Insured(s) as scheduled, but does not otherwise alter, change or amend the terms and conditions of the policy. The policy is available for inspection at the office of Protective Insurance Company. A copy of the complete policy will be furnished to the Primary Additional Insured upon its written request to Us.

Where applicable, the Primary Additional Insured has made certain elections, selections and/or rejections regarding uninsured, underinsured and no fault (including P.I.P.) coverages under the Non Trucking Liability insurance policy. These elections, selections and rejections apply to all Additional Insureds listed on this endorsement.

### COVERAGE IS EXTENDED FOR THE VEHICLE AS SCHEDULED BELOW:

| Make | Year | Identification Number | Plate/State/ID Type | Stated Value | Effective Date of Coverage | Expiration Date |
|---|---|---|---|---|---|---|
| Freightliner | 2008 | 4UZAARDU78CZ58707 | Other | $39,278 | 06/01/2018 | 06/01/2019 |

A Package Policy Discount (10%) and Preferred Physical Damage Rate have been applied to the annual premium below.

Estimated Annual Savings:

| Coverage | Limits | Deductible | Annual Premium |
|---|---|---|---|
| Non-Trucking Liability | $1,000,000 CSL | N/A | |
| Phys Damage - Comprehensive & Collision | Lesser of Actual Cash Value or Stated Value | $500 | |
| Rental Reimbursement** | $65 per Day Limit/60-day Maximum | N/A | Incl. |
| Uninsured/Underinsured Motorists | $1,000,000 UM/UIM/BI Each Accident/$15,000 UM/UIM PD Each Accident | N/A | Incl. |
| Supplemental Vehicles - Liability & Physical Damage | 60-day Maximum | N/A | Incl. |
| Auto Loan/Lease Gap** | $15,000 Maximum | N/A | Incl. |

*Estimated annual premium and savings based on current scheduled units and rates. Rates subject to change.
**Coverage does



EXHIBIT
A

2018040420305756055
MM_20180404202720_END102N_5
97 - 1000

 **PROTECTIVE** I N S U R A N C E

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

Policy Number:    IL000056                                                 Page:  2

Date:            March 24, 2018

| Additional Insured Effective Date: 06/01/2018 | Lienholder/Additional Insured Effective Date: 06/01/2018 | |
|---|---|---|
| BUSH LEASING TRUST & BUSH TRUCK LEASING 6961 CINTAS BLVD MASON OH 45040 | ECN FINANCIAL LLC ISAOA 655 BUSINESS CENTER DR HORSHAM PA 19044 | |

Coverage for the Additional Insured(s) under this endorsement will end or terminate at the earliest of:

1. The expiration date of the policy, or
2. The replacement of this endorsement by another endorsement for the same Additional Insured(s) on this policy, or
3. The removal of the Additional Insured(s) from this policy due to:
   A. the termination, cancellation or other end to the contract to perform transportation services between the Primary Additional Insured and FedEx Ground Package System, Inc., or
   B. the request of the Primary Additional Insured, or
   C. Our request.

Authorized Representative

### Loss Payable Clause

1. We will pay the Primary Additional Insured and the Lienholder (hereafter "Loss Payee") for loss to a covered vehicle as interest may appear, subject to the limit of insurance and the deductible shown on this endorsement.
2. The insurance covers the interest of the Loss Payee, unless the loss results from fraudulent acts or admissions of the Additional Insured(s).
3. If we make any payments to the Loss Payee, we will obtain the Loss Payee's rights of recovery against any other party.

### Cancellation - Loss Payee

1. If we cancel the policy, we will mail notice to the Loss Payee in accordance with the Cancellation Common Policy Provision.
2. If the Primary Additional Insured's coverage is terminated from the policy in accordance with this endorsement, we will mail notice to the Loss Payee.
3. Cancellation of the policy or termination of the Primary Additional Insured's coverage terminates this agreement with the Loss Payee.

20180404020576055
MM_20180404202720_END102N_5
97 - 1000



**PROTECTIVE** I N S U R A N C E

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

Policy Number:     IL000056                                      Page: 3

Date:              March 24, 2018

## Important Information for the Additional Insured(s)
### Please read the following.

### Non-Trucking Liability Insurance - Limited Coverage.

Liability Coverage for a vehicle scheduled in this endorsement does not apply when:

1. the vehicle is used to carry property in any business, or
2. the vehicle is used in the business of anyone to whom the auto is rented.

Anyone who is engaged in the business of transporting property by vehicle for hire who is liable for the Additional Insured's conduct is not covered.

Non-Trucking Insurance does not satisfy the requirements of any state, federal or other regulatory agency nor does it satisfy filing requirements.

2018050418435140/97
MM_20180504182410_END102R_1
51 - 106


**PROTECTIVE**
I N S U R A N C E

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## REVISED ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

| | | |
|---|---|---|
| Policy Number: | IL000056 | Page: 1 |
| Date: | May 4, 2018 | REVISION |
| | | END102R |

| Primary Additional Insured - V0010728 | Insurance Broker |
|---|---|
| MW TRUCKING, INC.<br>833 COLE BLVD<br>ST. CHARLES  MO  63301 | Marsh<br>12421 Meredith Drive<br>Urbandale  IA  50398<br>1-866-814-7515<br>www.IndependentPrograms.com |

| Additional Insured | Named Insured |
|---|---|
| MW Trucking, Inc.<br>833 COLE BLVD<br>ST. CHARLES  MO  63301 | Certain Independent Service Providers Under<br>Agreement with FedEx Ground Package System, Inc.<br>1000 FedEx Dr<br>Moon Township  PA  15108 |

This endorsement replaces and supersedes all prior endorsements to this policy for the above listed Additional Insured(s) added to the Policy of the Named Insured as captioned above. This endorsement extends the coverage of the policy to the Additional Insured(s) as scheduled, but does not otherwise alter, change or amend the terms and conditions of the policy. The policy is available for inspection at the office of Protective Insurance Company. A copy of the complete policy will be furnished to the Primary Additional Insured upon its written request to Us.

Where applicable, the Primary Additional Insured has made certain elections, selections and/or rejections regarding uninsured, underinsured and no-fault (including P.I.P.) coverages under the Non-Trucking Liability insurance policy.  These elections, selections and rejections apply to all Additional Insureds listed on this endorsement.

### COVERAGE IS EXTENDED FOR THE VEHICLE AS SCHEDULED BELOW:

| Make | Year | Identification Number | Rated/State Type | Stated Value | Effective Date of Coverage | Expiration Date |
|---|---|---|---|---|---|---|
| Freightliner | 2008 | 4UZAARDU78CZ58707 | Other | $39,278 | 06/01/2018 | 06/01/2019 |

A **Package Policy Discount (10%)** and **Preferred Physical Damage Rate** have been applied to the annual premium below.

**Estimated Annual Savings:**

| Coverage | Change in Eff. Date | Limit | Deductible | Annual Premium |
|---|---|---|---|---|
| Non-Trucking Liability | | $1,000,000 CSL | N/A | |
| Phys Damage - Comprehensive & Collision | | Lesser of Actual Cash Value or Stated Value | $500 | |
| Rental Reimbursement** | | $65 per Day Limit/60-day Maximum | N/A | Incl. |
| Uninsured/Underinsured Motorists | | $1,000,000 UM/UIM/BI Each Accident/$15,000 UM/UIM PD Each Accident | N/A | Incl. |
| Supplemental Vehicles - Liability & Physical Damage | | 60-day Maximum | N/A | Incl. |

2018050418435140597
MM_2018050418G210_END102R_1
51 - 106



**PROTECTIVE**
I N S U R A N C E

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## REVISED ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

Policy Number:       IL000056                                                   Page: 2

Date:                May 4, 2018

Continued from previous page: 2008 Freightliner Vin: 4UZAARDU78CZS8707

| Coverage | Change Eff. Date | Limits | Deductible | Amount Premium |
|---|---|---|---|---|
| Auto Loan/Lease Gap** | | $15,000 Maximum | N/A | Incl. |

*Estimated annual premium and savings based on current scheduled units and rates. Rates subject to change.
**Coverage does not apply to Supplemental Vehicles

| Lienholder/Additional Insured Effective Date: 06/01/2018 | Additional Insured Effective Date: 06/01/2018 |
|---|---|
| ECN FINANCIAL LLC ISAOA<br>655 BUSINESS CENTER DR<br>HORSHAM PA 19044 | BUSH LEASING TRUST & BUSH TRUCK LEASING<br>6961 CINTAS BLVD<br>MASON OH 45040 |

Coverage for the Additional Insured(s) under this endorsement will end or terminate at the earliest of:
1. The expiration date of the policy, or
2. The replacement of this endorsement by another endorsement for the same Additional Insured(s) on this policy, or
3. The removal of the Additional Insured(s) from this policy due to:
   A. the termination, cancellation or other end to the contract to perform transportation services between the Primary Additional Insured and FedEx Ground Package System, Inc., or
   B. the request of the Primary Additional Insured, or
   C. Our request.

_____
Authorized Representative

### Loss Payable Clause

1. We will pay the Primary Additional Insured and the Lienholder (hereafter "Loss Payee") for loss to a covered vehicle as interest may appear, subject to the limit of insurance and the deductible shown on this endorsement.
2. The insurance covers the interest of the Loss Payee, unless the loss results from fraudulent acts or admissions of the Additional Insured(s).
3. If we make any payments to the Loss Payee, we will obtain the Loss Payee's rights of recovery against any other party.

### Cancellation - Loss Payee
1. If we cancel the policy, we will mail notice to the Loss Payee in accordance with the Cancellation Common Policy Provision.
2. If the Primary Additional Insured's coverage is terminated from the policy in accordance with this endorsement, we will mail notice to the Loss Payee.
3. Cancellation of the policy or termination of the Primary Additional Insured's coverage terminates this agreement with the Loss Payee.


**PROTECTIVE**
I N S U R A N C E

2018250418435140?7
MM_201805041B4210_END102R_1
51 - 106

P.O. BOX 7099 | INDIANAPOLIS, IN 46207-7099

## REVISED ADDITIONAL INSURED ENDORSEMENT
### INSURED COPY

| | | |
|---|---|---|
| Policy Number: | IL000056 | Page: 3 |
| Date: | May 4, 2018 | |

## Important Information for the Additional Insured(s)
### Please read the following.

### Non-Trucking Liability Insurance - Limited Coverage.

Liability Coverage for a vehicle scheduled in this endorsement does not apply when:

1. the vehicle is used to carry property in any business, or
2. the vehicle is used in the business of anyone to whom the auto is rented.

Anyone who is engaged in the business of transporting property by vehicle for hire who is liable for the Additional Insured's conduct is not covered.

Non-Trucking Insurance does not satisfy the requirements of any state, federal or other regulatory agency nor does it satisfy filing requirements.

POLICY NUMBER:

**COMMERCIAL AUTO**
CA 21 04 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MISSOURI UNINSURED MOTORISTS COVERAGE

For a covered "auto" registered or principally garaged in, or "auto dealer operations" conducted in, Missouri, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:  $**                                      Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we have:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members". However, this does not include any "family member", other than the Named Insured's spouse, who owns an "auto".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment. However, this exclusion applies only to the extent that the limits of liability for Uninsured Motorists Coverage exceed the minimum limits of liability required by the financial responsibility law of Missouri.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by any person while "occupying" or struck by any vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto". However, this exclusion does not apply to an individual Named Insured.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

However, if "bodily injury" to which this coverage applies is sustained by any person other than an individual Named Insured or any "family member", the Limit of Insurance shown in the Schedule or Declarations for this coverage is also the most we will pay regardless of the number of covered "autos".

**2.** If there are two or more covered "autos" that are not trailers, and "bodily injury" is sustained by an individual Named Insured or any "family member", our Limit of Insurance for any one "accident" is the sum of the limits applicable to each covered "auto" which is not a "trailer". Subject to this maximum limit of liability for all damages:

   **a.** The most we will pay for all damages sustained in such "accident" by an "insured" other than an individual Named Insured or any "family member" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations for this coverage at the time of the "accident".

   **b.** An individual Named Insured or any "family member" who sustains "bodily injury" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

   A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all "insureds".

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions are changed for Missouri Uninsured Motorists Coverage as follows:

**1.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

© Insurance Services Office, Inc., 2013

CA 21 04 10 13

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

5. **Two Or More Coverage Forms Or Policies Issued By Us** does not apply.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

      (1) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

      (2) Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying". The facts of the "accident" must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

   However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   b. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2013
13/30

POLICY NUMBER: IL000056-18

**COMMERCIAL AUTO**
**CA DS 03 10 13**

 **Protective**
Insurance Company

111 Congressional Blvd., Suite 500 | Carmel, IN 46032

# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| Company Name: | Protective Insurance Company<br>111 Congressional Boulevard<br>Suite 500<br>Carmel, IN 46032 | Producer Name: | Marsh USA, Inc.<br>12421 Meredith Drive<br>Urbandale, IA 50398 |
|---|---|---|---|
| Named Insured: | Certain Independent Service Providers Under Agreement with FedEx Ground Package System, Inc. | Mailing Address: | 1000 FedEx Drive<br>Moon Township, PA 15108 |

| Policy Period | |
|---|---|
| From:  June 1, 2018 | |
| To:    June 1, 2019 | At 12:01 AM Standard Time at your mailing address shown above |
| Previous Policy Number:  IL000056-17 | |

**Form Of Business:**

| | | |
|---|---|---|
| ☐ Corporation | ☐ Limited Liability Company | ☐ Individual |
| ☐ Partnership | ☒ Other:   Named insureds have various forms of business | |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

Premium shown is payable at inception:   $
Audit Period (if Applicable):   ☒ Annually   ☐ Semiannually   ☐ Quarterly   ☐ Monthly

**Endorsements Attached To This Policy:  See PE 00 39 07 02**

**Countersignature Of Authorized Representative**

Name:       William Birchfield

Title:        President

Signature:  *[signature]*

Date:        June 1, 2018

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

*[signature]*
Secretary

*[signature]*
President

CA DS 03 10 13

© Insurance Services Office, Inc., 2011

EXHIBIT
B

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 10,11 | $ 1,000,000 CSL | $ See Endorsement No. 1 |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | 10 | Separately Stated In Each Personal Injury Protection Endorsement Minus<br>$ Applicable              Deductible | $ If applicable, included with Uninsured Motorist and Underinsured Motorist premium |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | 10 | Separately Stated In The Property Protection Insurance Endorsement Minus<br>$ Applicable              Deductible<br>For Each Accident | $ If applicable, included with Uninsured Motorist and Underinsured Motorist premium |
| Auto Medical Payments | | $<br>                    Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | $ |
| Uninsured Motorists | 10 | $ Selected Limits | $ See Endorsement No. 1 |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | 10 | $ Selected Limits | $ See Endorsement No. 1 |

© Insurance Services Office, Inc., 2011

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Physical Damage Comprehensive Coverage | 10,11 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$ 500 / $1,000                     Deductible<br>For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning<br><br>See Item Four for Hired or Borrowed Autos. | $   See Endorsement No. 1 |
| Physical Damage Specified Causes Of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                          Deductible<br>For Each Covered Auto For Loss Caused By Mischief Or Vandalism<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| Physical Damage Collision Coverage | 10,11 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br><br>$ 500 / $1,000                     Deductible<br>For Each Covered Auto<br><br>See Item Four for Hired or Borrowed Autos. | $   See Endorsement No. 1 |
| Physical Damage Towing And Labor | | $                          For Each Disablement Of A Private Passenger Auto | $ |
| Rental Reimbursement | 10 | See Endorsement No. 3 | $   See Endorsement No. 3 |
| | | **Premium For Endorsements** | $ |
| | | **Estimated Total Premium*** | $ |

*This policy may be subject to final audit.

**ITEM THREE**
**Schedule Of Covered Autos You Own**

| Covered Auto Number: On File With Us |
| --- |
| Town And State Where The Covered Auto Will Be Principally Garaged: |

| Covered Auto Description | | |
| --- | --- | --- |
| Year: | Model: | Trade Name: |
| Body Type: | | Serial Number(s): |
| Vehicle Identification Number (VIN): | | |

| Classification | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
| $ | | | | | | |

| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |
| --- |

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages | Limit | Premium |
|---|---|---|
| **Coverages – Premiums, Limits And Deductibles**<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ | $ |
| **Personal Injury Protection** | Stated in Each Personal Injury Protection Endorsement Minus<br>$          Deductible | $ |
| **Added Personal Injury Protection** | Stated in Each Added Personal Injury Protection Endorsement | $ |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus<br>$          Deductible | $ |
| **Auto Medical Payments** | $          Each Insured | $ |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| **Comprehensive** | Stated In Item Two Minus<br>$          Deductible | $ |
| **Specified Causes Of Loss** | Stated In Item Two Minus<br>$          Deductible | $ |
| **Collision** | Stated In Item Two Minus<br>$          Deductible | $ |
| **Towing And Labor** | $          Per Disablement | $ |

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

**Covered Auto Number:**

**Town And State Where The Covered Auto Will Be Principally Garaged:**

### Covered Auto Description

| Year: | Model: | | Trade Name: |
|---|---|---|---|
| Body Type: | | | Serial Number(s): |
| Vehicle Identification Number (VIN): | | | |

### Classification

| Original Cost New | Radius Of Operation | Business Use s=service r=retail c=commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Secondary Rating Classification | Code |
|---|---|---|---|---|---|---|
| $ | | | | | | |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

© Insurance Services Office, Inc., 2011
CA DS 03 10 13

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages | Limit | Premium |
|---|---|---|
| **Coverages – Premiums, Limits And Deductibles**<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| Covered Autos Liability | $ | $ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                              Deductible | $ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                              Deductible | $ |
| Auto Medical Payments | $                              Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>                              Deductible | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                              Deductible | $ |
| Collision | Stated In Item Two Minus<br>$                              Deductible | $ |
| Towing And Labor | $                              Per Disablement | $ |

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Covered Auto Number: |
|---|

**Town And State Where The Covered Auto Will Be Principally Garaged:**

| Covered Auto Description | | |
|---|---|---|
| **Year:** | **Model:** | **Trade Name:** |
| **Body Type:** | | **Serial Number(s):** |

**Vehicle Identification Number (VIN):**

| | | | Classification | | | |
|---|---|---|---|---|---|---|
| **Original Cost New** | **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| $ | | | | | | |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

© Insurance Services Office, Inc., 2011      CA DS 03 10 13

**ITEM THREE**
**Schedule Of Covered Autos You Own (Cont'd)**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ | $ |
| Personal Injury Protection | Stated In Each Personal Injury Protection Endorsement Minus<br>$                                        Deductible | $ |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | $ |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>$                                        Deductible | $ |
| Auto Medical Payments | $                                        Each Insured | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | $ |
| Comprehensive | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Specified Causes Of Loss | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Collision | Stated In Item Two Minus<br>$                                        Deductible | $ |
| Towing And Labor | $                                        Per Disablement | $ |

| Total Premiums | |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

© Insurance Services Office, Inc., 2011

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| Covered Autos Liability Coverage | Estimated Annual Cost Of Hire For All States | Premium |
| Primary Coverage | $ | $ |
| Excess Coverage | $ | $ |
| Total Hired Auto Premium | | $ |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| Covered Autos Liability Coverage | State | Estimated Annual Cost Of Hire For Each State | Premium |
| Primary Coverage | | $ | $ |
| Excess Coverage | | $ | $ |
| Total Hired Auto Premium | | | $ |

For "autos" NOT used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

 © Insurance Services Office, Inc., 2011 CA DS 03 10 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto | $ | $ |
| | | | Total Hired Auto Premium | $ |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | $ | $ | $ | $ |
| Covered Autos Liability – Excess Coverage | | $ | $ | $ | $ |
| Personal Injury Protection | | $ | $ | $ | $ |
| Medical Expense Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Income Loss Benefits (Virginia Only) | VA | $ | $ | $ | $ |
| Auto Medical Payments | | $ | $ | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

© Insurance Services Office, Inc., 2011          CA DS 03 10 13

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre- hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | $ | $ | $ | $ |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ | $ | $ |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Ded. For Each Covered Auto | $ | $ | $ | $ |
| | | Total Hired Auto Premiums | | | $ | $ |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

© Insurance Services Office, Inc., 2011

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| | | Rental Period Rating Basis For Mobile Or Farm Equipment | | | |
|---|---|---|---|---|---|
| | | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| Coverage | Town And State Where The Job Site Is Located | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | $ | $ |
| Covered Autos Liability – Excess Coverage | | | | $ | $ |
| Personal Injury Protection | | | | $ | $ |
| Medical Expense Benefits (Virginia Only) | | | | $ | $ |
| Income Loss Benefits (Virginia Only) | | | | $ | $ |
| Auto Medical Payments | | | | $ | $ |
| Total Hired Auto Premiums | | | | $ | $ |

© Insurance Services Office, Inc., 2011

CA DS 03 10 13

**ITEM FIVE**

**Schedule For Non-ownership Covered Autos Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Social Service Agencies | Number Of Employees | | $ |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | $ |
| | Number Of Partners (Active And Inactive) | | $ |
| Total Non-ownership Covered Autos Liability Premium | | | $ |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

| | |
|---|---|
| **Address Of Business Headquarters Location:** | |
| **Type Of Risk (Check one):** ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| **Rating Basis (Check one):** ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |
| **Estimated Yearly (Gross Receipts Or Mileage):** | |

| | Premiums |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

**Address Of Business Headquarters Location:**

| | | |
|---|---|---|
| Type Of Risk (Check one): | ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |

**Estimated Yearly (Gross Receipts Or Mileage):**

| Premiums | |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**Address Of Business Headquarters Location:**

| | | |
|---|---|---|
| Type Of Risk (Check one): | ☐ Public Autos | ☐ Leasing Or Rental Concerns |
| Rating Basis (Check one): | ☐ Gross Receipts (Per $100) | ☐ Mileage (Per Mile) |

**Estimated Yearly (Gross Receipts Or Mileage):**

| Premiums | |
|---|---|
| Covered Autos Liability | $ |
| Personal Injury Protection | $ |
| Added Personal Injury Protection | $ |
| Property Protection Insurance (Michigan Only) | $ |
| Auto Medical Payments | $ |
| Medical Expense And Income Loss Benefits (Virginia Only) | $ |
| Comprehensive | $ |
| Specified Causes Of Loss | $ |
| Collision | $ |
| Towing And Labor | $ |

**ITEM SIX**
**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

***EFILED***
Case Number 2020L 001161
Date: 8/13/2020 4:37 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CICUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

KENNETH RUCKMAN,                    )
                                    )
            Plaintiff,              )                    2020L 001161
                                    )
Vs.                                 )        No.      -L-
                                    )
PROTECTIVE INSURANCE COMPANY,       )
                                    )
            Defendants.             )


STATE OF ILLINOIS       )
                        ) SS
COUNTY OF MADISON       )

### AFFIDAVIT

I _Nathan A. Becker_ being first dully sworn according to law under oath hereby

states as follows:

  1. That I am an attorney licensed to practice law in the State of Illinois.

  2. That I am the representative of the Plaintiff in this cause.

  3. That pursuant to Supreme Court Rule 222, I am affirmatively state that the total sum

of money damages sought in all Counts of this claim is in excess of $50,000.00.

  4. That this Affidavit is made in good faith.



Subscribed and sworn to before me this 13th day of August , 2020.


Notary Public

"OFFICIAL SEAL"
ANGELA M. FAITH
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 18, 2023

***EFILED***
Case Number 2020L 001161
Date: 8/13/2020 4:37 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

KENNETH RUCKMAN,                )
                                )
            Plaintiff,           )
                                )              2020L 001161
vs.                             )    No.    -L-
                                )
PROTECTIVE INSURANCE COMPANY,   )
                                )
            Defendant.           )

## ENTRY OF APPEARANCE

COMES NOW Nathan A. Becker and Becker, Schroader & Chapman, P.C., and hereby

enters his appearance as attorney of record for Plaintiff, KENNETH RUCKMAN, in the above-

referenced cause.

BECKER, SCHROADER & CHAPMAN, P.C.

*/s/ Nathan A. Becker*
NATHAN A. BECKER #6299069
3673 Highway 111
P. O. Box 488
Granite City, IL 62040
nab@beckerinjurylaw.com
(618) 931-1100
(618) 931-1671 Telefax

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N. Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No.

**DATE: August 13, 2020**

KENNETH RUCKMAN,

        Plaintiff,

2020L 001161

vs.

PROTECTIVE INSURANCE COMPANY,

        Defendant.

**DEFENDANT: Protective Insurance Company, 111 Congressional Blvd., Ste. 500, Carmel, IN 46032**

**SERVE: Illinois Director of Department of Insurance, 320 W. Washington St., Springfield, IL 62767**

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this
8/14/2020 , 2020.

           MARK VON NIDA
           CLERK OF THE CIRCUIT COURT
           /s/ Terianne Edwards
           BY:_____
                Deputy Clerk

(Plaintiff's attorney or plaintiff if not represented by an attorney)
NATHAN A. BECKER
BECKER SCHROADER & CHAPMAN PC
3673 Highway 111, P.O. Box 488
Granite City, IL 62040
(618) 931-1100

Date of Service: _____, 20____.

(To be inserted by officer on the copy left with the defendant or other person)


CASE NO. _____

STATE OF ILLINOIS )
COUNTY _____ ) ss.

     I, _____, Sheriff of said county, have duly served the within summons on the defendant, _____, by leaving a copy of the summons and Complaint with the said defendant personally on the _____ day of _____, 2020.


     I have duly served the said summons on the defendant, _____, on the _____ day of _____, 20_____, by leaving a copy of said summons on said date at his usual place of abode with _____, a person of the family of said _____, of the age of thirteen years or upwards and by informing such person with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____, 20____, in a sealed envelope, with postage fully prepaid, addressed to said defendant at his/her usual place of abode, as stated hereinabove in my return.

     Dated this _____ day of _____, 20_____.


_____
            Sheriff

---

Case No. _____

_____,

     Plaintiff,

v.

_____,

     Defendants.

**Sheriff's Fees**

Service..............................................$_____

Making Copies..................................$_____

_____ Miles Traveled.................$_____

Cost of Mailing copies....................$_____

Return...............................................$_____

Total.................................................$_____

August 14, 2020

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2020 L  001161

KENNETH RUCKMAN

Plaintiff(s)

VS.

PROTECTIVE INSURANCE COMPANY

Defendant(s)



ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable  SARAH SMITH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: August 14, 2020

s/Bill Mudge
Chief Judge



A true copy of the original on file in my office
Attested to this 10 day of September 20 20
MARK VON NIDA
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By Nie Ross
Deputy Clerk