UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KENNETH RUCKMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-00922-MAB |
| ) | |
| vs. ) | |
| ) | |
| PROTECTIVE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff Kenneth Ruckman and Defendant Protective Insurance Company, pursuant to the Court's October 8, 2020 Order (Doc. 19), advise the Court that the undersigned counsel for the parties spoke by telephone on October 27, 2020, and have agreed to a Scheduling and Discovery Plan in the Arbitration matter, which is attached hereto as Exhibit 1. Further, the parties hope to have the arbitration matter heard in July or August 2021.

/s/ *Nathan A. Becker (with consent)*
Nathan A. Becker      #6299069
BECKER, SCHROADER & CHAPMAN, P.C.
3673 Highway 111
P.O. Box 488
Granite City, IL 62040
(618) 931-1100
(618) 931-1671 (FAX)
nab@beckerinjurylaw.com

/s/ *Kevin L. Fritz*
Kevin L. Fritz        #6295633
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
(314) 621-2939
(314) 621-6844 (FAX)

20 East Main Street
Belleville, IL 62220-1602
(618) 233-5587 – Telephone
klfritz@lashlybaer.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*