UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| KENNETH RUCKMAN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PROTECTIVE INSURANCE COMPANY, )<br>)<br>    Defendant. ) | Case No. 3:20-cv-00922-MAB |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiff Kenneth Ruckman and Defendant Protective Insurance Company, and hereby stipulate and agree that Plaintiff's cause of action against Defendant may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own costs.

| | |
|---|---|
| _/s/ Nathan A. Becker (with consent)_<br>Nathan A. Becker    #6299069<br>BECKER, SCHROADER & CHAPMAN, P.C.<br>3673 Highway 111<br>P.O. Box 488<br>Granite City, IL 62040<br>(618) 931-1100<br>(618) 931-1671 (FAX)<br>nab@beckerinjurylaw.com | _/s/ Kevin L. Fritz_<br>Kevin L. Fritz    #6295633<br>LASHLY & BAER, P.C.<br>714 Locust Street<br>St. Louis, MO 63101<br>(314) 621-2939<br>(314) 621-6844 (FAX)<br><br>20 East Main Street<br>Belleville, IL  62220-1602<br>(618) 233-5587 – Telephone<br>klfritz@lashlybaer.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |