# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH RUCKMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00922-MAB |
| | ) |
| **PROTECTIVE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal filed on September 8, 2021 (Doc. 27) and the Order entered on September 13, 2021 (Doc. 28), this matter is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: September 13, 2021

                                                      **MARGARET M. ROBERTIE,**
                                                      **Clerk of Court**

                                                      BY:  /s/ *Jennifer Jones*
                                                               **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**